IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br><br>                Plaintiff,<br><br>v.<br><br>LOANDEPOT.COM, LLC Delaware limited liability company,<br><br>                Defendants. | Case No. EP-22-CV-0100-DG |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff Brandon Callier ("Plaintiff") and Defendant loanDepot.com, LLC ("Defendant") have reached a settlement in the above-captioned matter. The parties expect to file a Joint Stipulation of Dismissal once the settlement documents have been exchanged and executed. Therefore, the parties respectfully request forty-five (45) days in order to complete settlement documents and notify this honorable Court of dismissal.

Respectfully submitted,

/s/ Eric J. Troutman
Eric J. Troutman
California Bar No. 229263
troutman@troutmanfirm.com
TROUTMAN FIRM
530 Technology Drive, Suite 200
Irvine, California 92618
Telephone: (949) 350-3663
Facsimile: (949) 203-8689

***Attorneys for Defendant loanDepot.com, LLC***

## Certificate of Service

I certify that on December 22, 2022, my office served a true and correct copy of the foregoing via the Court's CM/ECF system and by mailing it via Certified Mail Return Receipt Requested to Plaintiff's last known address as follows:

Brandon Callier
6336 Franklin Trail
El Paso, Texas 79912

/s/ Stephen H. Nickey
**Stephen H. Nickey**
*Local Counsel Defendant loanDepot.com, LLC*