UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | EP-22-CV-00100-DCG |
| **LOANDEPOT.COM, LLC,** | § § § | |
| *Defendant*. | § § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Plaintiff Brandon Callier reports that he has resolved his dispute with Defendant loanDepot.com, LLC.[1]  Mot., ECF No. 24.  Plaintiff therefore moves to voluntarily dismiss the above-captioned case with prejudice.  *Id.*

The Court accordingly **GRANTS** "Plaintiff's Motion of Dismissal With Prejudice" (ECF No. 24) and **DISMISSES** this case **WITH PREJUDICE**.  Each party shall bear its own costs.

The Court **DENIES** "Defendant loanDepot.com, LLC's Motion to Dismiss the Lawsuit for Failure to State a Claim" (ECF No. 7) as **MOOT**.

The Clerk shall **CLOSE** the case.

**So ORDERED and SIGNED this 17th day of January 2023.**

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

---

[1] loanDepot capitalizes the "D" in its name, but not the "*l*."  *See* Mot. to Dismiss, ECF No. 7.

- 1 -